IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERT LEE JACKSON, | : | Case No. 1:22-cv-310 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| SLOVIN & ASSOCIATES LPA, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 9) and TERMINATING CASE

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections to the Report have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court **ADOPTS** the Recommendation and **ORDERS**:

(1) This case is **DISMISSED WITH PREJUDICE** for want of prosecution under Fed. R. Civ. P. 41(b).

(2) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds*, *Jones v. Bock*, 549 U.S. 199, 203 (2007). Plaintiff

remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

(3) This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND
